JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE BOYD CONNOR, JR., | ) | Case No. CV 15-02030 DDP (KS) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| J. SOTO, WARDEN, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss the Habeas Petition,

IT IS ADJUDGED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 6, 2016

DEAN D. PREGERSON
United States District Judge